NATHAN F. SMITH, WSBN 43160
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: Nathan@mclaw.org

Attorney for Defendant PennyMac Loan Services, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Natalie Lazarte; Jason Lazarte ; Pierce County ; PennyMac Loan Services, LLC<br><br>  Defendants. | Case No. 3:23-cv-6158<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER**<br><br>**(First Request)** |

On February 5, 2024, the United States of America and defendant PennyMac Loan Services, LLC ("PennyMac") jointly moved for an extension of PennyMac's deadline to respond to the United States' Complaint. Dkt. No. 1. The Court has considered the Joint Motion for Extension of Time to Answer, and good cause appearing, hereby ORDERS:

1. The Joint Motion for Extension of Time to Answer is **GRANTED**.

2. PennyMac's deadline to respond to the United States' Complaint is extended to March 4, 2024.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge