The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:23-cv-6158-BHS </br> ) </br> ) **ORDER GRANTING JOINT** </br> ) **STIPULATION TO STAY PENDING** </br> ) **SETTLEMENT** |
| v. | |
| NATALIE LAZARTE, </br> JASON LAZARTE, PIERCE COUNTY, and </br> PENNYMAC LOAN SERVICES, LLC, | ) </br> ) </br> ) |
| Defendants. | ) |

This matter is before the Court on the parties' Joint Stipulation to Stay Pending Settlement. (Doc. 14). It is hereby ORDERED:

That the parties' Joint Stipulation to Stay is approved and this case is stayed 90 days from the date of this order.

PURSUANT TO THE STIPULATION IT, IS SO ORDERED.

//

//

Ord. Granting Stipulation to Stay
(Case No. 3:23-cv-6158)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-320-1075

Dated this 29th day of March, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov

*Attorney for the United States of America*

*/s/ Robert Boeshaar*
ROBERT V. BOESHAAR #25900
Robert V. Boeshaar, Attorney at Law, LL.M., PLLC
2125 Western Avenue, Suite 330
Seattle, Washington 98121
Tel: (206) 623-0063
Fax: (206) 382-0177
boeshaar@boeshaarlaw.com

Ord. Granting Stipulation to Stay
(Case No. 3:23-cv-6158)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-320-1075

*Attorney for Defendants*

MARY ROBNETT
Prosecuting Attorney

*/s/ Kimberley DeMarco*
KIMBERLEY DEMARCO
Pierce County Deputy Prosecuting Attorney
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402
Ph: (253) 798-4173 / Fax: (253) 798-6713
Email: kim.demarco@piercecountywa.gov


/ / /

*/s/ Nathan Smith*
NATHAN. F. SMITH
Malcom Cisneros, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
nathan@mclaw.org

*Attorney for PennyMac Loan Services, LLC*

Ord. Granting Stipulation to Stay
(Case No. 3:23-cv-6158)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-320-1075