The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-6158-BHS |
| Plaintiff, | |
| v. | **ORDER GRANTING SECOND JOINT STIPULATION TO STAY PENDING SETTLEMENT** |
| NATALIE LAZARTE, JASON LAZARTE, PIERCE COUNTY, and PENNYMAC LOAN SERVICES, LLC, | |
| Defendants. | |

This matter is before the Court on the parties' Second Joint Stipulation to Stay Pending Settlement. Dkt. 16. It is hereby ORDERED:

That the parties' Second Joint Stipulation to Stay is approved and this case is stayed 90 days from the date of this order.

PURSUANT TO THE STIPULATION IT IS SO ORDERED.

//

//

Ord. Granting 2nd Stipulation to Stay
(Case No. 3:23-cv-6158)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-320-1075

Dated this 27th day of June, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov

*Attorney for the United States of America*

*/s/ Robert Boeshaar*
ROBERT V. BOESHAAR #25900
Robert V. Boeshaar, Attorney at Law, LL.M., PLLC
2125 Western Avenue, Suite 330
Seattle, Washington 98121
Tel: (206) 623-0063
Fax: (206) 382-0177
boeshaar@boeshaarlaw.com

*Attorney for Defendants*

MARY ROBNETT
Prosecuting Attorney

*/s/ Kimberley DeMarco*
KIMBERLEY DEMARCO

Ord. Granting 2nd Stipulation to Stay
(Case No. 3:23-cv-6158)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-320-1075

| | |
|---|---|
| 1 | Pierce County Deputy Prosecuting Attorney |
| 2 | 930 Tacoma Avenue South, Suite 946 |
|   | Tacoma, WA 98402 |
| 3 | Ph: (253) 798-4173 / Fax: (253) 798-6713 |
|   | Email: kim.demarco@piercecountywa.gov |
| 4 | |
| 5 | / / / |
|   | */s/ Nathan F. Smith* |
| 6 | NATHAN F. SMITH |
|   | Malcom Cisneros, A Law Corporation |
| 7 | 2112 Business Center Drive |
|   | Irvine, CA 92612 |
| 8 | nathan@mclaw.org |
| 9 | |
|   | *Attorney for PennyMac Loan Services, LLC* |

Ord. Granting 2nd Stipulation to Stay
(Case No. 3:23-cv-6158)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-320-1075